PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
August 29, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DBE DEPUTY

U.S.A. VS. Isaac Aaron Morgan Loftus                Docket No.: 2:23-CR-00079-MEMF-1

### Petition on Probation and Supervised Release (Modification)

COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Isaac Aaron Morgan Loftus who was placed on supervision by the Honorable MAAME EWUSI-MENSAH FRIMPONG sitting in the Court at Los Angeles, California, on the 5th day of January, 2024 who fixed the period of supervision at three-years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Loftus is currently completing his custodial sentence at a BOP Federal Correctional Institution. He is scheduled to complete his term of imprisonment on September 8, 2024. To date, Mr. Loftus has been unable to establish a viable residence in advance of his scheduled release from custody and is considered homeless.

Mr. Loftus has agreed to a residential reentry center (RRC) public-law placement upon his release. The proposed modification is intended to assist Mr. Loftus with housing stability and to provide a more viable transition from custody to the community.

Isaac Aaron Morgan Loftus and counsel have agreed to this modification and have signed the enclosed Consent to Modify waiver form.

**PRAYING THAT THE COURT WILL ORDER** Isaac Aaron Morgan Loftus shall reside for a period not to exceed 365 days in a residential reentry center (public-law component), as directed by the Probation Officer, and shall observe the rules of that facility. The subsistence fee shall be waived.

ORDER OF COURT

Considered and ordered this 29th day of August 2024 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE MAAME EWUSI-MENSAH FRIMPONG

Respectfully,

/S/ ALAN BARAHONA
_____
U. S. Probation & Pretrial Services Officer

Place:     Woodland Hills, California

Approved: /S/ MAHOGANY THOMAS
          Supervising U.S. Probation & Pretrial
          Services Officer

Date:     August 15, 2024