PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
April 1, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DBE___ DEPUTY

U.S.A.   VS.   Isaac Aaron Morgan Loftus                                               Docket No.: 2:23-CR-00079-MEMF-1

**Petition on Probation and Supervised Release (Modification)**

  COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Isaac Aaron Morgan Loftus</u> who was placed on supervision by the Honorable <u>MAAME EWUSI-MENSAH FRIMPONG</u> sitting in the Court at <u>Los Angeles,</u> <u>California,</u> on the <u>5th</u> day of <u>January,</u> <u>2024</u> who fixed the period of supervision at <u>three years,</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Loftus is currently residing at the Vinewood Residential Reentry Center (RRC). The Residential Reentry Management (RMM) Office has requested the language in Mr. Loftus' RRC placement be changed to "pre-release component," so his movement is not restricted. The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

The proposed modification is intended to assist Mr. Loftus with housing stability until a viable release plan is submitted. Isaac Aaron Morgan Loftus and counsel have agreed to modification and have signed the enclosed Consent to Modify Waiver form.

**PRAYING THAT THE COURT WILL ORDER** Isaac Aaron Morgan Loftus, as a special condition of supervision, shall reside for a period not to exceed 365 days in a residential reentry center (pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this <u>1st</u> day of <u>April</u>, 20<u>25</u> and ordered filed and made a part of the records in the above case. | SULIMAN RAZAI          /S/ <br> U. S. Probation & Pretrial Services Officer |
| *[signature]* | Place:   Woodland Hills, California |
| United States District Judge <br> HONORABLE MAAME EWUSI-MENSAH FRIMPONG | Approved: HELEN ZAYTSEVA     /S/ <br> Supervisory U.S. Probation & Pretrial Services Officer |
|  | Date:   March 28, 2025 |