UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page 1 of 1

| Case No. | 2:23-cr-00079-MEMF-1 | Date | September 11, 2025 |
|---|---|---|---|

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Damon Berry | CourtSmart | Ian V. Yanniello |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Isaac Aaron Morgan Loftus | | | ✓ | 1) Nikki Herst-Cook, DFPD | ✓ | ✓ | |

**Proceedings:** STATUS CONFERENCE

The case is called, and counsel make their appearances. Also, present is Suliman Razai, United States Probation Officer.

The Court approved issuance of the bench warrant presented prior to the hearing. Defendant did not appear for the hearing, and the Court found that this was an additional and independent basis upon which to issue a bench warrant. Defense counsel did not seek to be heard.

**IT IS SO ORDERED.**

cc: USPO, PSA

| CR-11 | **CRIMINAL MINUTES - GENERAL** | :02 Initials of Deputy Clerk: DBE |
|---|---|---|