Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2025 OCT 17 AM 9:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: KM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
Isaac Aaron Morgan LOFTUS
USMS# 43279-510
DEFENDANT

CASE NUMBER: 2:23-CR-00079-MEMF-1

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/16/25 at 11:15 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583(e)(3): SRV

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1996

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: J. Nguyen (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: _____

15. Date: 10/17/25

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION