**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ☑ LA ☐ RS ☐ SA    DATE FILED: 2/17/2023 |
| **PLAINTIFF** | CASE NUMBER: 2:23-cr-00079-MEMF    ☐ **Under Seal** |
| | INIT. APP. DATE: 10/17/2025    TIME: 1:30 PM |
| v. | CHARGING DOC: PO Warrant |
| Isaac Aaron Morgan Loftus | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| **DEFENDANT.** | VIOLATION: 18:9220.F |
| | COURTSMART/REPORTER: CS 10/17/25 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Pedro V. Castillo | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:** Marlene Ramirez _____ Jun Nam _____ _____
    *Deputy Clerk*        *Assistant U.S. Attorney*      *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; *see* General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Laura Paul _____ ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: _____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☑ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____ . Counsel are directed to contact the clerk for the setting of all further proceedings.

☑ **PO/PSA WARRANT** ☑ Counsel are directed to contact the clerk for District Judge MEMF for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

    ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

    ☐ Warrant of removal and final commitment are ordered stayed until _____ .

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).

☐ Other: _____

**RECEIVED:** ☑ PSA ☑ PROBATION ☑ FINANCIAL ☐ CR-10 ☑ READY     Deputy Clerk Initials MR : 07