# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ISAAC AARON MORGAN LOFTUS,<br><br>      Defendant. | 2:23-cr-00079-MEMF-1<br><br>**SECOND AMENDED** JUDGMENT AND COMMITMENT ON REVOCATION OF SUPERVISED RELEASE |

Defendant and his counsel, having appeared in person, **on November 10, 2025,** defendant having admitted allegation 4 of the Petition on Probation and Supervised Release filed on, September 11, 2025, and the Court having found the defendant to be in violation of the terms and conditions of supervised release,

**IT IS ORDERED** that supervised release is revoked.

**IT IS FURTHER ORDERED** that defendant, Isaac Aaron Morgan Loftus, shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **SIX (6) MONTHS** as to Allegation No. 4. On release from confinement, Defendant shall be placed on supervised release for a term of **TWENTY (26) MONTHS** on the same terms and conditions originally imposed with the following modifications:

- Mr. Loftus must report to the nearest United States Probation and Pretrial Services Office within 72 hours of imposition of sentence or release from imprisonment unless otherwise directed by the Probation Officer.

- Mr. Loftus shall participate for a period of 180 days in a home detention program, which may include 8 electronic monitoring, GPS, alcohol monitoring unit, or automated identification system and shall observe all rules of such program as directed by the Probation Officer.

- Mr. Loftus shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. Mr. Loftus shall provide payment and proof of payment as directed by the Probation Officer. Mr. Loftus shall provide payment and proof of payment as directed by the Probation Officer.

- Mr. Loftus shall reside for a period not to exceed 365 days in a Residential Reentry Center pre-release component as directed by the Probation Officer and shall observe the rules of that facility.

- At any time during the term of Mr. Loftus supervised release, in which Mr. Loftus becomes homeless, he shall be placed on location monitoring with no residential restrictions (standalone monitoring). He will be monitored via GPS technology, participate in the tracking portion of the program, and there will not be any restrictions. Mr. Loftus will be required to submit to routine inspections of the monitoring equipment by the location monitoring officer and be required to charge the device as frequently as needed for it to remain operational. The cost of the program shall be determined by the Probation Office based on Mr. Loftus's ability to pay.

- Mr. Loftus will be required to submit to routine inspections of the monitoring equipment by the location monitoring officer and be required to charge the GPS tracker as frequently as needed for it to remain operational.

- Mr. Loftus shall participate in a program of mental health treatment as directed by the Probation Officer, take all medications as prescribed

by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the Probation Office, and the Court allows for reciprocal release of information between the Probation Officer and the treatment provider, and Mr. Loftus may be required to contribute to the costs of services rendered in an amount to be determined by the Probation Officer, based on the ability to pay.

- Mr. Loftus, is to permitted use of standard computer device(s) (desktop/laptop computers, smart phones/tablets) with internet access and will permit the U.S. Probation/Pretrial Services Office (USPPSO) to configure, manage, and install monitoring software on all approved standard computer devices. The standard computer device(s) are limited to those that can be configured, managed, and monitored by the USPPSO. The configuration, management, and monitoring of all standard computer devices shall be specific to the Court-ordered conditions, risk and needs, and cybercrime management requirements.

- As directed by the Probation Officer, Mr. Loftus shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns and a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income, expenses, and liabilities of the offender.

The Court advised the defendant of his right to appeal this order.

DATED:   December 17, 2025

MAAME EWUSI MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE


BRIAN D. KARTH, CLERK

DATED:  December 17, 2025   By:   /s/ Damon Berry
                                  Deputy Clerk

4